PROB 35
(Rev. 5/01)

**Report and Order Terminating Probation/Supervised Release
Prior to Original Expiration Date**

UNITED STATES DISTRICT COURT
FOR THE
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

UNITED STATES OF AMERICA

v.   Crim. No. 4:19CR00134-1

Connie Hodge

On September 17, 2019, the above-named was placed on probation for a period of twelve months. She has complied with the rules and regulations of probation and is no longer in need of supervision. It is accordingly recommended that Connie Hodge be discharged from probation.

Respectfully submitted,

Thomas Hutchinson
United States Probation Officer

### ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from supervision and that the proceedings in the case be terminated.

Dated this 16th day of January, 2020.

Christopher L. Ray
United States Magistrate Judge
Southern District of Georgia